KEITH H.S. PECK                    6825

LEGALACTION ALC
112 Gemini
Irvine, CA 92618
Telephone: (808) 384-7325
Facsimile: (877) 570-1233
E-mail: supervising@advocacy-project.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| C.A.., by and through his mother, L.A., <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAII and KEITH T. HAYASHI, in his official capacity as Hawaii, Department of Education, <br><br> Defendants. | Civ. No. 23-00135 LEK-RT <br> (Other Civil Action) <br><br> PLAINTIFF-APPELLANTS' SCHEDULING CONFERENCE STATEMENT; COS |

# PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT

Plaintiffs hereby submit this Scheduling Conference Statement pursuant to Rule 16.2(b), Local Rules of Practice for the United States District Court for the District of Hawaii.

## I. NATURE OF THE CASE

Plaintiffs seek review of an administrative decision under the Individuals with Disabilities Education Act and Plaintiffs rights under Section 504 of the Rehabilitation Act.

## II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction of this matter and venue is proper.

## III. DEMAND FOR JURY TRIAL

There has been a jury trial demand made by Plaintiffs.

## IV. INITIAL DISCLOSURES

Disclosures have not been of an administrative decision under the Individuals with Disabilities Education Act.

## V. DISCOVERY/MOTIONS

Discovery is necessary in this matter to establish the Defendant's policies that have prevented Student from being offered FAPE under the IDEA and Section 504. There may be as need to supplement the record as provided by statute in an IDEA appeal.

VI. <u>SPECIAL PROCEDURES OR OTHER MATTERS</u>

    None

VII. <u>RELATED CASES</u>

    Plaintiffs are not aware of any related pending cases.

VIII. <u>ADDITIONAL MATTERS</u>

    None.

IX. <u>SETTLEMENT</u>

    The parties have not discussed settlement at this point.

    DATED: Hangzhou, PRC, July 13, 2023.

                                       <u>/s/ Keith H.S. Peck</u>
                                          KEITH H.S. PECK
                                       Attorney for Plaintiffs